AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**** DISTRICT OF    NEVADA

JAMES D. OFELDT,

         Plaintiff,             **JUDGMENT IN A CIVIL CASE**

    v.

                          CASE NUMBER:  **3:16-cv-00310-MMD-WGC**

NEVADA DEPARTMENT OF
PAROLE AND PROBATION, et al.,

         Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the complaint is dismissed in its entirety without leave to amend.

     **IT IS FURTHER ORDERED** that any *in forma pauperis* appeal would not be taken "in good faith" pursuant to 28 U.S.C. 1915(a)(3).

February 2, 2017                        **DEBRA K. KEMPI**
                                          Clerk

                                         /s/ K. Rusin
                                         Deputy Clerk